# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146601

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANNETTE BREARD,
   Plaintiff-Appellant,

v

              SC: 146601
              COA: 310342
              MCAC: 10-000100

EMPLOYMENT GROUP, INC.,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the December 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

t0422